JOSEPH HAAG, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY FRIENDLICH, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

JEAN GOLDSTEIN, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

HENRY V. F. PRICE, Respondent, v. EDWARD E. ANDROVETTE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy and Martin, JJ.

ABRAHAM J. HALPRIN, Appellant, v. WORBER Co., INC., Respondent, and DAVID GARMAN CONSTRUCTION CORPORATION and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ISAAC GOLDFARB and Another, Copartners, etc., and Another, Respondents, v. HORWITZ & ARBIB, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy and Martin, JJ.

ROZELLE GALLAND, Respondent, v. SHUBERT THEATRICAL COMPANY, Appellant.— Determination of the Appellate Term appealed from reversed, with costs and disbursements to the appellant in this court and in the Appellate Term, and the judgment of the City Court affirmed, on the dissenting opinion of Bijur, J., at Appellate Term [Reported in 124 Misc. 371]. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Proskauer, J., dissents.

MARIE G. ROSHEK, Appellant, v. FRANK H. ROSHEK, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARMAC BUILDING AND HOLDING CORPORATION, Landlord, Respondent, v. VASSAR GARAGE CORPORATION, Tenant, Appellant, Impleaded with LAWRENCE FAY, Undertenant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JENNIE F. BELARDI and Another, Respondents, v. AMEDEO NEGRO, Appellant.— Order reversed and motion for taxation of costs denied; judgment modified by striking out allowance of costs as taxed, and as so modified affirmed, with costs of this appeal to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHILDS COMPANY, Respondent, v. 724 FIFTH AVENUE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.